**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00573-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GREGORY CHAMBERS,

    Plaintiff/Petitioner,

v.

ARCHIOCESAN-HOUSING [SIC],
RON NEFZGER, and
SANDRA MACHUCE,

    Defendants/Respondents.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Gregory Chambers currently resides in Denver, Colorado.  On March 20, 2015, he submitted a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the documents are deficient as described in this order.  Mr. Chambers will be directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ other:

**Complaint or Petition**:
(9)   __   is not submitted
(10)  __   is not on proper form (must use the court's current form)
(11)  __   is missing an original signature by the Plaintiff
(12)  X    is incomplete (<u>must complete all sections of the form, including Jurisdiction and Claims for Relief</u>)
(13)  __   uses et al. instead of listing all parties in caption
(14)  __   names in caption do not match names in text of Complaint
(15)  X    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use the form to cure the above noted deficiencies. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED March 24, 2015, at Denver, Colorado.

BY THE COURT:

s/Gordon P. Gallagher
United States Magistrate Judge