IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00573-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

GREGORY CHAMBERS,

    Plaintiff

v.

ARCHIOCESAN HOUSING,
RON NEFZGER,
SANDRA MACHUCE,

    Defendants.

---

## SECOND ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Gregory Chambers, resides in Denver, Colorado.  On March 20, 2015, he submitted a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF 3).  The Court issued an Order Directing Plaintiff to Cure Deficiencies in the Complaint on March 24, 2015 (ECF No. 4). The Order directed Plaintiff to file a complete Complaint, including Jurisdiction and Claims for Relief and to include addresses for all defendants in "Section A. Parties of the complaint."

On April 21, 2015, Plaintiff filed a Letter stating he would like to add two other names to the original complaint, and he also filed sections from the court-approved Complaint form, including "Third Claim for Relief," and "Parties," and "Jurisdiction." (ECF 5).  However, the documents filed were not a complete Complaint.

Although it appears that Plaintiff attempted to cure the deficiencies noted in the

Court's March 24, 2015 Order, the Court has determined that the submitted documents filed on April 21, 2015 are still deficient as described in this order. In addition, as part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) is also deficient as described in this order

Plaintiff is directed to cure the following if he wishes to pursue his claims.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Application to Proceed in District Court Without Prepaying Fees or Costs**:
(1)  __  is not submitted
(2)  __  is not on proper form (must use the Court's current form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  _X_  other: Total Monthly Income and Total Monthly Expenses must equal the total of amounts listed as income and expenses.

**Complaint or Petition**:
(9)  __  is not submitted
(10)  __  is not on proper form (must use the court's current form)
(11)  __  is missing an original signature by the Plaintiff
(12)  _X_  is incomplete (must complete and include all sections and pages when submitting the Complaint).
(13)  __  uses et al. instead of listing all parties in caption
(14)  __  names in caption do not match names in text of Complaint
(15)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  In order to cure the deficiencies, Plaintiff must file a Complaint on the Court-approved form and complete all sections and pages. Plaintiff

must also submit a complete Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) that includes proper totals for monthly income and expenses. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved forms used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), along with the applicable instructions, at [www.cod.uscourts.gov](www.cod.uscourts.gov), and use the forms to cure the above noted deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED April 23, 2015, at Denver, Colorado.

BY THE COURT:


s/Gordon P. Gallagher
United States Magistrate Judge